# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:08-cv-586-RJC-DSC

| | | |
|---|---|---|
| LOGAN RANKIN | ) | |
|       **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CASE NO. 3:08-cv-586-RJC-DSC |
| | ) | |
| ADVANCED EMPLOYMENT | ) | |
| SERVICES and NISH PATEL | ) | CASE NO. 3:08-cv-587-MR-DCK |
| NIRMAL, INC. d/b/a GLOBAL | ) | |
| CONSTRUCTION | ) | |
|       **Defendants.** | ) | |
| | ) | |
| | ) | |
| MONICA RANKIN, | ) | |
|       **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ADVANCED EMPLOYMENT | ) | |
| SERVICES and NISH PATEL | ) | |
| NIRMAL, INC. d/b/a GLOBAL | ) | |
| CONSTRUCTION, | ) | |
|       **Defendants.** | ) | |

**THIS MATTER** is before the Court pursuant to the plaintiffs' Motions to Consolidate Cases. (3:08-cv-586, Doc. No. 19; 3:08-cv-587, Doc. No. 22). Federal Rule of Civil Procedure 42(a) grants the Court authority to consolidate "actions involving a common question of law or fact." Fed. R. Civ. P. 42(a). The claims alleged by the plaintiffs in these cases arise from a common set of facts - the harassment of plaintiffs at work. The legal issues presented overlap, the Defendants are identical, and there is a little likelihood of prejudice to any party if the cases are consolidated. Judge Reidinger concurs in the consolidation and assignment of these two cases.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' Motions to Consolidate Cases are **GRANTED.** The Clerk is directed to consolidate civil action number 3:08-cv-587 into the earlier filed related civil action 3:08-cv-586.

Signed: May 15, 2009

Robert J. Conrad, Jr.
Chief United States District Judge